**Department of Law**
City Hall
(914) 654-2120



515 North Avenue
New Rochelle, NY 10801
Fax: (914) 654-2345

**BERNIS E. SHAPIRO**
Corporation Counsel

**KATHLEEN E. GILL**
Deputy Corporation Counsel

**KENNETH E. POWELL**
Assistant Corporation Counsel

## City of New Rochelle
New York

April 1, 2009

By Regular Mail and Telefax to 914-390-4278

Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re    Richard P. Hobbs v. Department of Law for the City of New Rochelle and the
      City Court of New Rochelle
      File No. 09 CIV 3114

Dear Judge Seibel:

Pursuant to my telephone conferences with Alicia of your chambers on April 1, 2009, this is to confirm that I have consented to a further adjournment of the parking ticket proceeding entitled People v. Richard Hobbs, Docket #64162, originally returnable in New Rochelle City Court on September 26, 2008 and which is the subject of the above-referenced matter, for an additional thirty-five (35) days from April 3, 2009 to May 8, 2009.

Based on our such consent to further adjournment of the New Rochelle City Court matter, in excess of the thirty (30) day adjournment requested by Mr. Hobbs in his Affidavit TRO dated March 30, 2009, we understand that no hearing will be held on this matter on April 2, 2009 as originally contemplated by the Court.

This is to confirm that we have received no service of papers in the above-referenced matter, but have received copies of the following papers from Alicia of your chambers, by telefax, on April 1, 2009:

1. Draft Order to Show Cause.

2. Richard Hobbs' Affidavit TRO dated March 30, 2009.

3. Richard Hobbs' Complaint dated March 30, 2009

Hon. Cathy Seibel
April 1, 2009
Page Two

                                                       Sincerely,

                                                       Bernis E. Shapiro
                                                      Corporation Counsel
                                                      City of New Rochelle

cc:    Richard P Hobbs
       19 Lawn Avenue, Apt. 1L
       New Rochelle, New York  10801

       Hon. Gail B. Rice
       City Court Judge
       New Rochelle City Court
       475 North Avenue
       New Rochelle, New York  10801